1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| SANDRA M BAXTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. 2:15-CV-01591-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: June 17, 2016 |
|---|---|

　　The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United States Magistrate Judge David W. Christel. Presently before the Court is Defendant's Stipulated Motion for Remand. Dkt. 21. After reviewing Defendant's Stipulated Motion and the relevant record, the Court recommends the following:

　　Defendant's Motion be granted, and the case be reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the Court recommends the Administrative Law Judge (ALJ) shall:

- Give further consideration to the medical opinions of record, including the opinions of Larry Harper, M.D., John Anigbogu, M.D., and Glen McClure, Ph.D., and articulate what weight is given to each;

- Re-evaluate Plaintiff's residual functional capacity assessment;

- Reassess Steps Four and Five of the sequential evaluation process with the assistance of a vocational expert, if necessary; and

- Offer Plaintiff the opportunity for a hearing, take further action to complete the record, and issue a new decision.

The parties agree Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, upon proper request to the Court.

Given the facts and the parties' stipulation, the Court recommends the District Judge immediately approve this Report and Recommendation.

Dated this 17th day of June, 2016.

David W. Christel
United States Magistrate Judge