# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SANDRA M BAXTER,

        Plaintiff,

  v.

CAROLYN W COLVIN.

        Defendant.

CASE NO. 2:15-CV-01591-RBL-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Defendant's Stipulated Motion for Remand, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the Stipulated Motion for Remand is GRANTED; and

(3) the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings consistent with the Report and Recommendation.

(4) The Clerk is ordered to enter judgment for Plaintiff.

Dated this 23rd day of June, 2016.

_____
Ronald B. Leighton (as auth/dn)
United States District Judge